IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MELVIN TRENT WALKER,** | : | CIVIL ACTION NO. 1:22-CV-1360 |
| Plaintiff | : | (Judge Conner) |
| v. | : | |
| **THOMAS WESTERMAN WOLF,**<br>**Gov. of PA**, *et al.*, | : | |
| Defendants | : | |

### ORDER

AND NOW, this 12th day of September, 2023, upon consideration of the report (Doc. 57) of Magistrate Judge Joseph F. Saporito, Jr., recommending the court dismiss the above-captioned action without prejudice based upon *pro se* plaintiff Melvin Trent Walker's failure to effect proper service on the remaining defendant, the Pennsylvania Department of Transportation, despite multiple extensions of time and having received detailed instructions for doing so, and further upon consideration of Walker's objection (Doc. 62) to the report, see FED. R. CIV. P. 72(b)(2), and following *de novo* review of the contested portions of the report, see E.E.O.C. v. City of Long Branch, 866 F.3d 93, 99 (3d Cir. 2017) (quoting 28 U.S.C. § 636(b)(1)), and affording "reasoned consideration" to the uncontested portions, see id. (quoting Henderson v. Carlson, 812 F.2d 874, 878 (3d Cir. 1987)), the court finding the report to be well-reasoned and fully supported by the applicable law, and Walker's objection to be without merit, it is hereby ORDERED that:

    1.    Judge Saporito's report (Doc. 57) is ADOPTED.

2. Walker's complaint (Doc. 1) is DISMISSED without prejudice for failure to effect proper service.

3. Walker's miscellaneous motions (Docs. 59, 60, 61, 64) are DENIED as moot.

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner
United States District Judge
Middle District of Pennsylvania
