# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MELVIN TRENT WALKER,** | : | CIVIL ACTION NO. 1:22-CV-1360 |
| **Plaintiff** | : | (Judge Conner) |
| v. | : | |
| **THOMAS WESTERMAN WOLF,** Gov. of PA, *et al.*, | : | |
| **Defendants** | : | |

## ORDER

AND NOW, this 12th day of September, 2023, upon consideration of the court's order (Doc. 65) of today's date, it is hereby ORDERED that the Clerk of Court shall CLOSE this case.

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner
United States District Judge
Middle District of Pennsylvania