UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 23-2809
_____

MELVIN TRENT WALKER,
                Appellant

v.

PENNSYLVANIA DEPARTMENT OF TRANSPORTATION
_____

On Appeal from the United States District Court
for the Middle District of Pennsylvania
(D.C. Civil Action No. 1-22-cv-01360)
District Judge: Honorable Christopher C. Conner
_____

No. 23-2810
_____

MELVIN TRENT WALKER,
                Appellant

v.

PENNSYLVANIA DEPARTMENT OF TRANSPORTATION
_____

On Appeal from the United States District Court
for the Middle District of Pennsylvania
(D.C. Civil Action No. 1-22-cv-01361)
District Judge: Honorable Christopher C. Conner
_____

Submitted Pursuant to Third Circuit L.A.R. 34.1(a)
May 8, 2024

Before: KRAUSE, MATEY, and CHUNG, Circuit Judges

_____

## JUDGMENT

_____

This cause came to be considered on the record from the United States District Court for the Middle District of Pennsylvania and was submitted pursuant to Third Circuit L.A.R. 34.1(a) on May 8, 2024.  On consideration whereof, it is now hereby

ORDERED and ADJUDGED by this Court that the judgments of the District Court entered September 12, 2023, be and the same is hereby affirmed.  Costs will not be taxed.  All of the above in accordance with the opinion of this Court.

ATTEST:

s/ Patricia S. Dodszuweit
Clerk

Dated:     May 15, 2024